UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MCM RETAIL GROUP, INC.,
    Plaintiff,

v.                                                 Case No. 3:23-cv-01212-HES-MCR

D4 MEDIA CORP. and JOHN DANIEL
DUNLAP IV,
    Defendants.
_____/

## ORDER

This cause comes before the Court on "Defendants' Unopposed Motion for Leave to File a Reply in Support of Their Motion to Dismiss" (Dkt. 25).

Accordingly, it is hereby **ORDERED**:

"Defendants' Unopposed Motion for Leave to File a Reply in Support of Their Motion to Dismiss" (Dkt. 25) is **GRANTED**. Defendants shall file its reply within 14 days of the date of this Order and the reply must not exceed seven pages.

DONE AND ENTERED at Jacksonville, Florida, this 3rd day of January 2024. ~~December 2023~~.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Lee Dilly Wedekind, III, Esq.
John McDermott, Esq.
Jerry C. Carter, Esq.
Alison R. Kertis, Esq.
Daniel M. Mahfood, Esq.
Michael Manuel Gropper, Esq.